IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. **2:07-CR-70-WHA** |
| ) | [18 USC 922(g)(1); |
| DEMETRIA MURPHY, ) | 26 USC 5861(d); |
| PEREZ ALLEN MANN, and ) | 18 USC 931(a)(1)] |
| COURTNEY JERVONNE CASEY ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

DEMETRIA MURPHY,

having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, to-wit: Conspiracy to Possess with Intent to Distribute and Distributing Cocaine Base (Crack) in the United States District Court of the Eastern District of North Carolina (Case No. 5:89CR00148-002), knowingly possessed firearms, in and affecting commerce, that is, an Ithaca, Model M-66, 20 Gauge Shotgun, and an Iver Johnson, Model Champion, .410 Shotgun, better descriptions of which are unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

DEMETRIA MURPHY,

did knowingly possess a firearm, to-wit: an Ithaca, Model M-66, 20 Gauge Shotgun, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT 3

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

PEREZ ALLEN MANN,

having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, to-wit: Aggravated Battery in the Seventh Judicial Circuit of Florida (Case No. CRC-01-30217-CFAES) and Trafficking in Cocaine in the Seventh Judicial Circuit of Florida (Case No. CRC-01-32851-CFAES), knowingly possessed firearms, in and affecting commerce, that is, an Ithaca, Model M-66, 20 Gauge Shotgun, and an Iver Johnson, Model Champion, .410 Shotgun, better descriptions of which are unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

PEREZ ALLEN MANN,

did knowingly possess a firearm, to-wit: an Ithaca, Model M-66, 20 Gauge Shotgun, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT 5

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

PEREZ ALLEN MANN,

did knowingly possess body armor, having been previously convicted of a felony that is a crime of violence, to-wit: Aggravated Battery in the Seventh Judicial Circuit of Florida (Case No. CRC-01-30217-CFAES), in violation of Title 18, United States Code, Section 931(a)(1).

## COUNT 6

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

COURTNEY JERVONNE CASEY,

having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, to-wit: Distribution of Cocaine and Possession with Intent to Distribute Cocaine in the Superior Court of North Carolina (Case No.02CRS076815), knowingly possessed firearms, in and affecting commerce, that is, an Ithaca, Model M-66, 20 Gauge Shotgun, and an Iver Johnson, Model Champion, .410 Shotgun, better descriptions of which are unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about December 21, 2005, in the Middle District of Alabama, the defendant,

COURTNEY JERVONNE CASEY,

did knowingly possess a firearm, to-wit: an Ithaca, Model M-66, 20 Gauge Shotgun, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
SUSAN R. REDMOND
Assistant United States Attorney