# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - DEMETRIA MURPHY PEREZ ALLEN MANN COURTNEY JERVONNE CASEY SENTENCING GUIDELINES CASE | April 3, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Susan R. Redmond Assistant U.S. Attorney |

Please issue arrest warrants for the following people who are to be indicted at the April 3, 2007, Grand Jury:

   DEMETRIA MURPHY
   606 Cannon Street
   Daytona Beach, FL 32114

   PEREZ ALLEN MANN
   606 Cannon Street
   Daytona Beach, FL 32114

   COURTNEY JERVONNE CASEY
   630 Washington Street
   Daytona Beach, FL 32114

   LIMITS OF PUNISHMENT
   Cts. 1, 2, 3, 4, 6, 7:
   NMT $250,000 or twice gross loss to
   victim or twice gross gain to
   defendant, whichever is greatest;
   NMT 10Y or both;
   NMT 3Y SUP REL;
   $100 Assessment Fee;
   VWPA.

Ct. 5:
NMT $250,000 or twice gross loss to victim or twice gross gain to defendant, whichever is greatest;
NMT 5Y or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Estimated trial time: 2 days

Case 2:07-cr-00070-WHA-TFM    Document 2    Filed 04/04/2007    Page 2 of 2