IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07cr07-SHA |
| COURTNEY JERVONNE CASEY, | * | |
|     Defendant. | * | |

### NOTICE OF APPEARANCE OF COUNSEL

Comes now Paul R. Cooper and hereby gives notice of his appearance as counsel for Defendant COURTNEY JERVONNE CASEY.

<pre>
                              S/Paul R. Cooper
                              Paul R. Cooper
                              COOPER & COOPER
                              12 Scott Street
                              Montgomery, AL 36104
                              Phone: (334)262-4887
                              Fax:   (334)262-4880
                              E-mail: prc@cooperandcooperlaw.com
                              ASB-1152-R78P
</pre>

### CERTIFICATE OF SERVICE

I hereby certify that on the May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants:  Howard Greenberg .

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P