IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:07CR70-WHA |
| ) | |
| COURTNEY JERVONNE CASEY ) | |

## **ORDER**

Upon consideration of defendant's Motion to Suppress (Doc. 23), filed 5/29/2007, it is

ORDERED that the motion is set for an evidentiary hearing at 1:00 p. m. on **6/13/2007**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 5th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE