IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR70-WHA |
| COURTNEY JERVONNE CASEY | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 8/27/2007, before the undersigned Magistrate Judge. Present at this conference were Paul R. Cooper, counsel for the defendant, and Assistant United States Attorney, Susan Redmond, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for **9/17/2007**. The trial of this case is set for the trial term commencing on **9/17/2007**, before **United States District Judge W. Harold Albritton** and is expected to last 2 days for trial.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **9/10/2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **9/10/2007** . Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before **9/10/2007 .**

      6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **9/5/2007**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **9/17/2007**. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **9/17/2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

      Done this 28th day of August, 2007.

                                         /s/Terry F. Moorer  
                                         TERRY F. MOORER  
                                         UNITED STATES MAGISTRATE JUDGE