IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07cr07-SHA |
| COURTNEY JERVONNE CASEY, | * | |
| Defendant. | * | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Comes now Paul R. Cooper and moves for leave to withdraw as court appointed counsel for Courtney Jervonne Casey. As grounds, he states as follows:

1. On August 29, 2007, Valeria Smedley filed her notice of appearance as retained counsel for Casey.

> S/Paul R. Cooper
> Paul R. Cooper
> COOPER & COOPER
> 12 Scott Street
> Montgomery, AL 36104
> Phone: (334)262-4887
> Fax:  (334)262-4880
> E-mail: prc@cooperandcooperlaw.com
> ASB-1152-R78P

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants:

Valeria Smedley
459 South McDonough St.
Montgomery, AL 36104

                                 Respectfully Submitted,

                                 S/Paul R. Cooper
                                 Paul R. Cooper
                                 COOPER & COOPER
                                 12 Scott Street
                                 Montgomery, AL 36104
                                 Phone: (334)262-4887
                                 Fax:  (334)262-4880
                                 E-mail: prc@cooperandcooperlaw.com
                                 ASB-1152-R78P