IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
   v                          )       CRIMINAL ACTION NO.
                              )       2:07CR70-WHA
COURTNEY JERVONNE CASEY       )
```

ORDER

Upon consideration of Counsel's Motion to Withdraw (Doc. 55, filed 8/29/2007) it is

ORDERED that CJA Panel Attorney Paul Cooper is relieved of further duties in the representation of the defendant. It is FURTHER ORDERED that Attorney, Valerie M. Smedley be designated as counsel to represent the defendant. All prior orders continue in effect.

DONE this 4th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE