IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA *

    Plaintiff, *

VS. * DOCKET NO. 2:07cr70-WHA

COURTNEY JERVONNE CASEY *
 *
    Defendant. *

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his attorney, and moves this Honorable Court to continue the above-styled cause now set for the September 17, 2007 trial term. As grounds counsel would show unto the Court the following:

1. That she was recently retained by the defendant in this matter.

2. That the co-defendant, Demetria Murphy, is represented by Attorney Donnie Bethel.

3. That the undersigned counsel, Attorney Donnie Bethel, and the Assistant U.S. Attorney, Susan Redmond, who like to discuss a possible resolution to this matter before the next trial term.

4. That Attorney Bethel and Attorney Redmond do not have an objection to a continuance of this matter.

**WHEREFORE**, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this 5th day of September, 2007.

/s/ Valerie M. Smedley
VALERIE MURRY SMEDLEY         SME003
Attorney for Defendant Courtney Jervonne Casey

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the Honorable Susan Redmond, Assistant U.S. Attorney, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, and Attorney Donnie Bethel by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 5th day of September, 2007.

/s/ Valerie M. Smedley
VALERIE MURRY SMEDLEY
Attorney for Defendant Courtney Jervonne Casey