IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr070-WHA |
| ) | |
| DEMETRIA MURPHY and COURTNEY ) | |
| JERVONNE CASEY ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #58), filed by the Defendant, Courtney Jervonne Casey. Defendant's counsel represents that counsel for the co-defendant, Demetria Murphy, and for the United States, do not object to the motion.

For the reason that Defendant's counsel was recently retained in this case and is need of additional time to negotiate a possible resolution of the case before the next trial term, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing September 17, 2007, and RESET for the term of court commencing October 2, 2007.

DONE this 6th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE