IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO |
| ) | 2:07CR70-WHA |
| DEMETRIA MURPHY and ) | |
| COURTNEY JERVONNE CASEY ) | |

**ORDER**

A second pretrial conference in this matter will be held on 9/21/2007, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 7th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE