IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. NO. 2:07cr070-WHA |
| | ) |
| DEMETRIA MURPHY and | ) |
| COURTNEY JERVONNE CASEY | ) |

**ORDER**

It is hereby ORDERED that this case is set for a status conference, in chambers, on Tuesday, September 25, 2007, at 9:00 a.m.

All counsel have been given this message by telephone. Counsel for the United States and for Demetria Murphy have responded affirmatively. Valerie Smedley, counsel for Courtney Jervonne Casey, has been left a message, has been in her office since the message was left, and has not returned the call to chambers. Ms. Smedley has failed to appear for a pretrial hearing before the Magistrate Judge in this case. She is specifically DIRECTED to appear at this status conference on September 25, 2007, at 9:00 a.m. or face charges of contempt of court.

DONE this 24th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE