IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr070-WHA |
| ) | |
| DEMETRIA MURPHY and ) | |
| COURTNEY JERVONNE CASEY ) | |

## **ORDER**

At the request of Valerie Smedley, counsel for Courtney Jervonne Casey, and with her representation that other counsel agree, it is hereby

ORDERED that the conference set in chambers for September 25, 2007, at 9:00 a.m. is RESET for 9:30 a.m. on the same day.

DONE this 24th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE