IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DEMETRIA MURPHY, PEREZ ALLEN )<br>MANN, and COURTNEY JERVONNE )<br>CASEY ) | CR. NO. 2:07cr070-WHA |

## **ORDER**

It is hereby ORDERED that the charges against the Defendant Perez Allen Mann are SEVERED, and this case will proceed to trial on October 2, 2007, against the Defendants Demetria Murphy and Courtney Jervonne Casey. The case will remain pending against the Defendant Perez Allen Mann.

DONE this 25th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE