IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR. NO. 2:07cr070-WHA |
| ) | |
| DEMETRIA MURPHY and COURTNEY ) | |
| JERVONNE CASEY   ) | |

**ORDER**

Following a conference with the attorneys for the parties, it is hereby ORDERED as follows:

1. Jury selection will be held on Tuesday, October 2, 2007, beginning at 10:00 a.m. in Courtroom 2A.

2. The trial of this case, which is expected to last no more than two days, will begin on Tuesday, October 9, 2007, at 9:00 a.m. in District Courtroom 2-C.

DONE this 25th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE