IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr070-WHA |
| ) | |
| DEMETRIA MURPHY and COURTNEY ) | |
| JERVONNE CASEY ) | |

**ORDER**

This court has been advised of developments which leave this case the only one remaining on the term of court scheduled to begin on October 2, 2007. Accordingly, since this case has been set for trial specially on October 9, 2007, the court has directed that the jury venire be advised to report on October 9, 2007, rather than on October 2, 2007. Therefore, it is hereby

ORDERED that jury selection in this case will be held at 10:00 a.m. on Tuesday, October 9, 2007, in District Courtroom 2-C, with trial to immediately follow.

DONE this 26th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE