IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | DOCKET NO. 2:07 CR-70-WHA |
| ) | |
| COURTNEY JERVONNE CASEY ) | |
| ) | |
| Defendant | |

### DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

Comes now the defendant, by and through his attorney, Valerie Murry Smedley, and submits the following questions for the jury venire during voir dire examination:

1. Have you or an family member ever been a victim of a crime? If so, how were you a victim.

2. Have you ever served as juror in a criminal case? If so, what was the nature of the crime and what was the verdict.

3. Do you believe that if a law enforcement officer makes a statement, then the contents of that statement must be true?

4. Do you or any member of your family know or are you familiar with anyone employed with the Alabama State Troopers, more specifically Shawn Loughridge?

5. Do you or any member of your family know or are you familiar with anyone employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives, more specifically Timothy C. Fitzpatrick?

6. Are you or any member of your family related to any law enforcement officer?

7. Are you or any member of your family friends or acquaintances with any employees of the United States Attorney's Office?

8. Are you or any member of you family friends or acquaintances with Demetria Murphy or Perez Mann?

Respectfully submitted this 27th day of September, 2007.

_s/ Valerie M Smedley_____
**VALERIE MURRY SMEDLEY    SME003**
 **Attorney for Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596 Telephone
(334) 230-9566 Fax

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Voir Dire upon the United States Attorney's Office by electronic filing on this the 27th day of September 2007.

_____s/Valerie M Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for the Defendant**