# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 9, 2007 | AT: | 2:04 p.m. |
| DATE COMPLETED: | October 9, 2007 | AT: | 2:52 p.m. |

UNITED STATES OF AMERICA      )
                              )
vs.                           )     CR. No. 2:07cr070-WHA
                              )
DEMETRIA MURPHY and COURTNEY  )
JERVONNE CASEY                )
_____

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Donnie Bethel (Murphy) |
| | Michael Petersen (Murphy) |
| | Valerie Smedley (Casey) |

_____

COURT OFFICIALS PRESENT

Tricia Starkie, Court Reporter                Elna Behrman, Courtroom Deputy
Brandon Robinson, Law Clerk

COURTROOM PROCEEDINGS

**(X)  CHANGE OF PLEA HEARING**

| | |
|---|---|
| 2:04 p.m. | Court is in session. |
| | Defendants state they wish to change their pleas. |
| | Defendant Murphy is sworn. |
| | Court proceeds to take guilty plea of Defendant Demetria Murphy. |
| | Government states the 11 (c)(1)(b) plea agreement will be filed. |
| | Defendant pleads guilty. |
| | Court accepts plea and adjudges Defendant guilty of Count 1 of the Indictment. |
| | Defendant will be continued under same terms and conditions set out in previous bond. |
| | Government requests condition be added that Defendant shall have no contact with Mr. Mann and if he contacts her she is to immediately report the contact. |
| | Court agrees. |
| 2:35 p.m. | Court directs Defendant to meet with probation before leaving. |
| 2:35 p.m. | Defendant Casey is sworn. |
| | Court proceeds to take guilty plea of Defendant Courtney Jervonne Casey. |

|  |  |
|---|---|
|  | Government states terms of 11(c)(1)(b) plea agreement. |
|  | Defendant pleads guilty to Count 1 of the Indictment. |
|  | Court accepts plea and adjudges Defendant guilty. |
| 2:52 p.m. | Defendant will be recommitted to the custody of the U. S. Marshal. |