**US v. MURPHY**
Case No. 2:07-CR-70-WHA

FILED
OCT -9 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## JOINT STIPULATION NO. 1

The Defendant, Courtney Casey, is a prior convicted felon.

## JOINT STIPULATION NO. 2

The Ithaca and Iver Johnson shotguns named in the indictment did travel in and effect interstate commerce.

_____
Susan R. Redmond
Assistant United States Attorney

_____
Valerie Smedley
Counsel for the Defendant

_____
Courtney Casey
Assistant Federal Defender