IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. NO. 2:07cr070-WHA |
| | ) |
| DEMETRIA MURPHY and COURTNEY JERVONNE CASEY | ) ) |

**ORDER**

It is hereby ORDERED that sentencing of the Defendants is set for Thursday, January 10, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 22nd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE