IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | DOCKET NO. 2:07 CR-70-WHA |
| ) | |
| COURTNEY JERVONNE CASEY ) | |
| ) | |
| Defendant | |

### MOTION TO CONTINUE SENTENCING

**NOW COMES** the Defendant, **COURTNEY JERVONNE CASEY**, by and through his Attorney, Valerie Murry Smedley, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)B), respectfully moves the Court for an Order continuing sentencing in this case. In support of this Motion, the Defendant would show the following:

1. The sentencing hearing is currently scheduled for January 10, 2008.

2. Pursuant to a plea agreement, on October 9, 2007, Mr. Casey pled guilty to the charge of being a felon in the possession of a firearm. As part of his plea agreement, he agreed to cooperate in the United States' prosecution of his co-defendant, Perez Mann, who was still at large at the time he entered into his plea agreement and pled guilty. His cooperation agreement included the requirement that he testify against Mr. Mann at his trial

3. On October 22, 2007, a superseding indictment was filed against Mr. Mann. Mr. Mann was arrested in the State of Florida on December 3, 2007. He has not yet been transferred to the Middle District of Alabama. It is likely that it will be at least several months before Mr. Mann will be tried.

4. It will be to Mr. Casey's substantial benefit to fulfill the terms of his cooperation agreement before he is sentenced. Undersigned Counsel has consulted with Assistant United States Attorney Susan Redmond, and they both agree that it will be in the best interests of both Mr. Casey and the United States if Mr. Casey's sentencing hearing is continued until at least April.

5. The United States, through Assistant United States Attorney Susan Redmond, does not oppose this request.

6. A continuance in this case would serve the ends of justice.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the sentencing hearing in this case from January 10, 2008, until at least April of 2008.

Dated this 2nd day of January, 2008.

___s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY    SME003**
 **Attorney for Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596 Telephone
(334) 230-9566 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue Sentencing upon the United States Attorney's Office by electronic filing on this the 2nd day of January, 2008.

    _s/Valerie Murry Smedley_____
    **VALERIE MURRY SMEDLEY**
    **Attorney for the Defendant**