IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. NO. 2:07cr070-WHA |
| | ) |
| DEMETRIA MURPHY and COURTNEY JERVONNE CASEY | ) |

**ORDER**

This case is before the court on Motions to Continue Sentencing filed by the Defendants (Docs. #95 and #96).

For good cause shown, the motions are GRANTED, and it is hereby

ORDERED that sentencing of the Defendants is CONTINUED from January 10, 2008, and RESET for Wednesday, April 16, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 3rd day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE