IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-70-WHA |
| | ) | |
| COURTNEY JERVONNE CASEY | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on his acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

On April 4, 2007, the United States filed a two-count indictment against the Defendant.

Defendant notified the United States of his intent to plead guilty to the indictment. Defendant pled guilty on October 9, 2007.

Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in the Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for the Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED and that the Court reduce Defendant's offense level by one level for his acceptance of responsibility.

Respectfully submitted this 15th day of April, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        334.223.7280
        334.223.7138 fax
        susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO.  2:07-cr-70-WHA |
| ) | |
| COURTNEY JERVONNE CASEY ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney for the Defendant: Valerie Smedley.

                    Respectfully submitted,

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ Susan R. Redmond
                    SUSAN R. REDMOND
                    Assistant United States Attorney
                    131 Clayton Street
                    Montgomery, Alabama 36104
                    Telephone: (334) 223-7280
                    Fax: (334) 223-7138
                    susan.redmond@usdoj.gov