(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: COURTNEY JERVONNE CASEY
CASE NUMBER: 2:07cr070-WHA-003

**RETURNED AND FILED**
**JUL 18 2008**
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**37 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _July 8, 2008_ to _LSCI Butner_
at _Butner NC_, with a certified copy of this judgment.

_Tracy W Johns, Warden_
UNITED STATES MARSHAL

By _Jeri Campbell LJE_
DEPUTY UNITED STATES MARSHAL